## Zack Dempsey, Plaintiff-Appellant, v. Lugene Patterson, Defendant-Appellee.

## Gen. No. 10,754.

John R. Snively, for appellant; Knight, Haye & Keegan, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed August 3, 1954; released for publication August 20, 1954.